■ TUNICK v X-PERT MESSENGER SERVICE. — Motion to dismiss appeal granted, with $20 costs. (*See, Matter of Willmark Serv. Sys.* 21 AD2d 478 [1st Dept 1964].) Concur — Sullivan, J. P., Fein, Milonas and Kassal, JJ.